UNITED STATES COURT OF APPEALS
                                    TENTH CIRCUIT
                        BYRON WHITE UNITED STATES COURTHOUSE
                                   1823 STOUT STREET
                               DENVER, COLORADO 80257

DAVID M. EBEL                                                    (303) 844-3800
    JUDGE                                                     FAX: (303) 844-4541
                                                        David_M_Ebel@ca10.uscourts.gov

November 30, 2011

TO: Greg Langham, Clerk

FROM: Judge Ebel

RE: Criminal Action No. 11-cr-00491-DME
<u>U.S.A. v. Soto-Beltran</u>

Exercising my prerogative as a senior judge, I request that this case be reassigned.

DME/jd