UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00491-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOSE SOTO-BELTRAN, a/k/a Jesus Rodriguez, a/k/a Miguel Mesa-Carrasco, a/k/a Miguel Zendejas, a/k/a Armando Soto-Beltran, a/k/a Armando Soto, a/k/a Armando Angel Soto, a/k/a Jose Angel Soto-Beltran, a/k/a Jose Soto, a/k/a Jose Angel Beltran, a/k/a Jose Carrazco-Quintero, a/k/a Jose Bettmen,

    Defendant.

## ORDER

This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Wednesday, January 4, 2012,** and responses to these motions shall be filed by **Monday, January 16, 2012.** It is

FURTHER ORDERED that counsel may request a hearing on all pending motions, if necessary, and final trial preparation conference at a future date. It is

FURTHER ORDERED that a 3-day jury trial is set for **Monday, February 6, 2012, at 9:00 a.m. in courtroom A-1002.**

Dated: December 7, 2011.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL
CHIEF U. S. DISTRICT JUDGE