UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 11-cr-00491-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOSE SOTO-BELTRAN, a/k/a Jesus Rodriguez, a/k/a Miguel Mesa-Carrasco, a/k/a Miguel Zendejas, a/k/a Armando Soto-Beltran, a/k/a Armando Soto, a/k/a Armando Angel Soto, a/k/a Jose Angel Soto-Beltran, a/k/a Jose Soto, a/k/a Jose Angel Beltran, a/k/a Jose Carrazco-Quintero, a/k/a Jose Bettmen,

    Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    Due to a scheduling conflict of the Court, the Change of Plea hearing set for March 13, 2012 is **VACATED and RESET to March 15, 2012 at 9:00 a.m. Counsel for the parties shall deliver all change of plea documents separately to Judge Daniel's chambers AND to the Probation Department not later than 72 HOURS before the hearing date.** If the documents are not timely submitted, the hearing will be **VACATED. There will be no exceptions to this policy, and sanctions may be imposed for failure to comply.**

    Dated: January 9, 2012.